**Order entered November 22, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00969-CV

## BRIGETTA D'OLIVIO A/K/A BRIGETTA ALIX ANDERSON, ALIX BRIGETTA, Appellant

## V.

## HILARY THOMPSON HUTSON, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-04855-2019**

## ORDER

On September 19, 2022, appellant Brigetta D'Olivio a/k/a Brigetta Alix Anderson, Alix Brigetta, filed a motion for reconsideration and motion to transfer this case to one of the Houston courts of appeals. On September 27, pursuant to the procedure set forth in *Miles v. Ford Motor Company*, 914 S.W.2d 135, 137 n. 2 (Tex. 1995) (per curiam), this Court referred the portion of appellant's motion requesting a transfer to the Texas Supreme Court for determination. On our own motion, we abated the case pending the supreme court's resolution of the transfer

issue.  On November 21, 2022, the Texas Supreme Court denied appellant's request for transfer.  Accordingly, we now **LIFT THE ABATEMENT** and **REINSTATE** the case.

This Court denied appellant's motions for rehearing and for en banc reconsideration on September 13, 2022.  In denying appellant's motions, we did not modify our judgment, vacate our judgment, render a new judgment, or issue a new opinion.  Appellant's September 19, 2022 motion for reconsideration is, therefore, not authorized by the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 49.4.  A motion for reconsideration not authorized by the rules is a nullity. *Mapco, Inc. v. Forrest*, 795 S.W.2d 700, 702 (Tex. 1990).  Accordingly, we **DISMISS** appellant's motion for reconsideration.

/s/    AMANDA L. REICHEK
JUSTICE